# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

August 5, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the
    U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Please accept this letter as my response to your July 6, 2004 request.

Because the asset listed in Part VII, Page 1, Line 14 had income below the reporting thresholds in Calendar Year 2002, an (X) should have been inserted alongside the asset name.

I apologize for any inconvenience this omission caused the Committee when reviewing my report.

Respectfully,



JOSEPH J. FARNAN, JR.

JJFjr:sb

RECEIVED
'00 AUG -1 A 11: 5
FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Farnan, Jr., Joseph J | 2. Court or Organization<br>U. S. District Court, Delaware | 3. Date of Report<br>5/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination,   Date<br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>844 King Street, Lockbox 27<br>Boggs Federal Building<br>Wilmington, Delaware 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ▅▅▅▅▅▅▅ |
| 2. | Partner | ▅▅▅▅▅ |
| 3. | Partner | ▅▅▅▅▅ |
| 4. | Trustee | Tower Hill School |
| 5. | Partner | ▅▅▅▅▅▅▅ |
| 6. | Trustee | Wilmington College |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 13 12 19 PM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Farnan, Jr., Joseph J | 5/2/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ▮▮▮▮▮ (food business) |
| 2. 2003 | ▮▮▮▮▮ (food business) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE_ - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ██████ | Mortgage for ████ (Part VII, Line 2) | P1 |
| 2. | ███ | Mortgage for ████ (Part VII, Line 8) | |
| 3. | ██████████ | Mortgage for ████████ (Part VII, Line 4) | |
| 4. | ████████████ | ████████ Mortgage (Part VII, Line5) | N |
| 5. | ███████████ | Mortgage for ██████ (Part VII, Line 7) | N |
| 6. | ████████ | Mortgage for ██████ #2 (Part VII, Line 15) | O |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓▓▓▓▓▓▓ | | None | | | Sold | 3/20 | M | F | ▓▓▓ |
| 2. ▓▓▓▓ | G | Rent | P1 | W | | | | | |
| 3. Toole, Utah (6.9%) | | None | M | W | | | | | |
| 4. ▓▓▓▓▓▓▓ | G | Distribution | L | W | | | | | |
| 5. ▓▓▓▓ | | None | N | W | | | | | |
| 6. ▓▓▓ | | None | M | W | | | | | |
| 7. ▓▓▓▓ | G | Rent | O | W | | | | | |
| 8. ▓▓▓▓ | | None | | | Sold | 2/2 | N | F | |
| 9. ▓▓▓▓ | | None | N | W | | | | | |
| 10. ▓▓▓▓ | D | Interest | J | T | | | | | |
| 11. ▓▓▓ | B | Interest | L | T | | | | | |
| 12. ING Direct (X) | A | Interest | J | T | | | | | |
| 13. ▓▓▓(X) | B | Interest | | · | redemption | 12/31 | L | | |
| 14. ▓▓▓▓ | G | Interest | P1 | T | | | | | |
| 15. ▓▓▓▓ | | None | P1 | W | Buy | 11/26 | O | | ▓▓▓▓ |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Farnan, Jr., Joseph J | 5/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544